FREDERICK J. BROWN, as Administrator, etc., Appellant, v. THE COLONIAL LIFE INSURANCE COMPANY OF AMERICA, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

GEORGE L. CLARK, Appellant, v. TRI STATE DISCOUNT COMPANY, INC., and Others, Respondents.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

FRANK DELEHANTY, Respondent, v. ARTHUR DUNAIF, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

PETER FAUSER, Respondent, v. MARY A. KLEIN, Individually and as Administratrix, etc., of WILLIAM KLEIN, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

JULIA L. FRIEDE, as Executrix, and SYDNEY ALLAN FRIEDE, as Executor, under the Last Will and Testament of M. SERGEY FRIEDE, Deceased, Respondents, Appellants, v. RUSSO-ASIATIC BANK, etc., Appellant, Respondent, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals granted. Questions to be certified. Motion for stay granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ. Settle order on notice. [See ante, p. 707.]

HELEN MARIE GORDON, an Infant, etc., and Another, Respondents, v. LILLIAN ALEXANDER, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

HENRY J. GUCKER, Appellant, v. THE TOWN OF HUNTINGTON, SUFFOLK COUNTY, and Others, Respondents. CHRISTINA A. KOCH, Appellant, v. THE TOWN OF HUNTINGTON, SUFFOLK COUNTY, and Others, Respondents. ELLA R. BUNCE and Others, Appellants, v. THE TOWN OF HUNTINGTON, SUFFOLK COUNTY, and Others, Respondents. ALBERT E. GUCKER, Appellant, v. THE TOWN OF HUNTINGTON, SUFFOLK COUNTY, and Others, Respondents.— Motion for reargument denied, with one bill of ten dollars motion costs. Motions for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title, etc., to the Real Property Required for the Opening and Extending of Northern Boulevard (Broadway-Jackson Avenue) from Auburndale (Cemetery) Lane to the Easterly Boundary Line of the City of New York, etc., in the Borough of Queens, City of New York, as Amended, etc. THE CITY OF NEW YORK, Appellant; MCCLENAHAN REALTY CO., INC., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of the RICHMOND COUNTY BAR ASSOCIATION in Respect of LOUIS J. FEINSTEIN, Also Known as LEWIS J. FEINSTEIN, an Attorney and Counselor at Law.— Matter remitted to Hon. Norman S. Dike, official referee, to take testimony and report on the following: Receipts of money and other property by respondent in detail and month by month from November 13, 1931, to February 13, 1934; expenditure of money and disposal of other property by respondent in detail and month by month, and, in detail, for whom and for whose benefit